**STAPLES** ...s the Office Superstore East Inc
P.O. Box 102415
Columbia, SC 29224

MARTHA BRITOS
1671 East 17th St, Apt.6H
Brooklyn NY 11229

SSN: XXX-XX-(

| | Pay Group: | WK1-Weekly | Check No: | 17032645 |
|---|---|---|---|---|
| | Pay Begin Date: | 01/02/2011 | | |
| | Pay End Date: | 01/08/2011 | Check Date: | 01/14/2011 |
| | Employee ID: | 1046010 | TAX DATA: Federal | NY State |
| | Department: | 0957 | Marital Status: Single | Single |
| | Location: | Store 957 | Allowance: 3 | 3 |
| | Pay Rate: | $19.92000 Hourly | Addl. Amt.: | |

### HOURS AND EARNINGS / TAXES

| Description | Prior Period Begin Dt | Prior Period End Dt | Rate | Current Hours | Earnings | YTD Hours | Earnings | Description | Current | Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular Overtime @ 1.5 | | | 29.8800 | 5.00 | 149.40 | 5.00 | 149.40 | Fed Withholdng | 70.56 | 149 |
| Regular Earnings | | | 19.9200 | 40.00 | 796.80 | 68.47 | 1,363.92 | Fed MED/EE | 12.11 | 25. |
| Holiday Pay | | | | | | 9.00 | 179.28 | Fed OASDI/EE | 16.24 | 74. |
| Holiday Overtime @ 1.5 | | | | | | 10.27 | 306.87 | NY Withholdng | 32.57 | 72. |
| | | | | | | | | NY New York Withholdng | 22.03 | 47.( |



| Total: | | | | | 946.20 | | 1,999.47 | Total: | 153.51 | 369.69 |

### BEFORE TAX DEDUCTIONS / AFTER TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| BCBS PPO Plus | 97.22 | 194.44 | Long Term Disability | 8.84 | 17.68 |
| Delta Dental PPO | 10.62 | 21.24 | VOLBEN | 2.25 | 12.83 |
| EyeMed Vision Care - Option 2 | 2.84 | 5.68 | | | |
| Staples' 401(k) Savings Plan | 56.77 | 119.97 | | | |

| Total: | | 167.45 | 341.33 | Total: | 11.09 | 30.51 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 946.20 | 778.75 | 153.51 | 178.54 | 614.15 |
| YTD: | 1,999.47 | 1,658.14 | 369.69 | 371.84 | 1,257.94 |

### NET PAY DISTRIBUTION
Check #17○○...

**STAPLES**

Staples the Office Superstore East Inc
P.O. Box 102415
Columbia, SC 29224

MARTHA BRITOS
1671 East 17th St, Apt.6H
Brooklyn NY 11229

SSN: XXX-XX-

| | |
|---|---|
| Pay Group: | WK1-Weekly |
| Pay Begin Date: | 12/26/2010 |
| Pay End Date: | 01/01/2011 |
| Employee ID: | 1045010 |
| Department: | 0957 |
| Location: | Store 957 |
| Pay Rate: | $19.92000 Hourly |

| | | |
|---|---|---|
| Check No: | 17002764 | |
| Check Date: | 01/07/2011 | |
| TAX DATA: | Federal | NY State |
| Marital Status: | Single | Single |
| Allowance: | 3 | 3 |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Prior Period Begin Dt | Prior Period End Dt | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|---|---|
| Regular Earnings | | | 19.9200 | 28.47 | 567.12 | 28.47 | 567.12 |
| Holiday Pay | | | 19.9200 | 9.00 | 179.28 | 9.00 | 179.28 |
| Holiday Overtime @ 1.5 | | | 29.8800 | 10.27 | 306.87 | 10.27 | 306.87 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 78.66 | 78.66 |
| Fed MED/EE | 13.67 | 13.67 |
| Fed OASDI/EE | 58.44 | 58.44 |
| NY Withholdng | 39.46 | 39.46 |
| NY New York Withholdng | 25.95 | 25.95 |

Total: 1,053.27   1,053.27    Total: 216.18   216.18

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BCBS PPO Plus | 97.22 | 97.22 |
| Delta Dental PPO | 10.62 | 10.62 |
| EyeMed Vision Care - Option 2 | 2.84 | 2.84 |
| Staples' 401(k) Savings Plan | 63.20 | 63.20 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 8.84 | 8.84 |
| VOLBEN | 10.58 | 10.58 |

Total: 173.88   173.88    Total: 19.42   19.42

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,053.27 | 879.39 | 216.18 | 193.30 | 643.79 |
| YTD: | 1,053.27 | 879.39 | 216.18 | 193.30 | 643.79 |

### NET PAY DISTRIBUTION

Check #17002764    $643.79

Total:    $643.79

**STAPLES**
Staples the Office Superstore East Inc
P.O. Box 102415
Columbia, SC 29224

| | |
|---|---|
| Pay Group: | WK1-Weekly |
| Pay Begin Date: | 12/19/2010 |
| Pay End Date: | 12/25/2010 |

| | |
|---|---|
| Check No: | 16987211 |
| Check Date: | 12/30/2010 |

MARTHA BRITOS
1671 East 17th St, Apt.6H
Brooklyn NY 11229

SSN: XXX-XX-

| | |
|---|---|
| Employee ID: | 1045010 |
| Department: | 0957 |
| Location: | Store 957 |
| Pay Rate: | $19.92000 Hourly |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowance: | 3 | 3 |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Prior Period Begin Dt | Prior Period End Dt | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Holiday Pay | | | 19.9200 | 9.00 | 179.28 | 9.00 | 179.28 |
| Regular Earnings | | | 19.9200 | 30.10 | 599.59 | 1542.10 | 35,646.11 |
| Floating Holiday Pay | | | | | | 27.00 | 584.50 |
| Regular Overtime @ 1.5 | | | | | | 8.67 | 259.06 |
| Sick Pay | | | | | | 48.00 | 1,039.23 |
| Short Term Disability Dollars | | | | | | | 4,656.96 |
| Vacation | | | | | | 160.00 | 3,784.64 |
| Store Bonus Program | | | | | | | 350.00 |
| Retail Management Bonus | | | | | | | 4,767.21 |
| Total: | | | | | 778.87 | | 51,266.99 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 39.97 | 5,335.63 |
| Fed MED/EE | 9.69 | 716.01 |
| Fed OASDI/EE | 41.43 | 3,061.57 |
| NY Withholdng | 21.80 | 2,346.96 |
| NY New York Withholdng | 15.89 | 1,397.67 |
| Total: | 128.78 | 12,857.84 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BCBS PPO Plus | 97.22 | 291.66 |
| Delta Dental PPO | 10.62 | 91.43 |
| EyeMed Vision Care - Option 2 | 2.84 | 34.08 |
| Staples' 401(k) Savings Plan | 46.73 | 2,759.90 |
| Blue Cross Blue Shield | | 1,415.61 |
| Delta Dental Indemnity | | 54.08 |
| Total: | 157.41 | 4,646.76 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 8.84 | 218.45 |
| VOLBEN | 8.43 | 114.88 |
| ESPP SPLS1 | | 960.52 |
| Total: | 17.27 | 1,293.85 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 778.87 | 621.46 | 128.78 | 174.68 | 475.41 |
| YTD: | 51,266.99 | 46,620.23 | 12,857.84 | 5,940.61 | 32,468.54 |

**File an updated Form W-4 if withholding allowances will change for the next year.**

## NET PAY DISTRIBUTION

| | |
|---|---|
| Check #16987211 | $475.41 |
| Total: | $475.41 |

**STAPLES**
Staples the Office Superstore East Inc
P.O. Box 102415
Columbia, SC 29224

| | |
|---|---|
| Pay Group: | WK1-Weekly |
| Pay Begin Date: | 12/12/2010 |
| Pay End Date: | 12/18/2010 |

| | |
|---|---|
| Check No: | 16970325 |
| Check Date: | 12/23/2010 |

MARTHA BRITOS
1671 East 17th St, Apt.6H
Brooklyn NY  11229

SSN: XXX-XX-

| | |
|---|---|
| Employee ID: | 1045010 |
| Department: | 0957 |
| Location: | Store 957 |
| Pay Rate: | $19.92000 Hourly |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowance: | 3 | 3 |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Prior Period Begin Dt | Prior Period End Dt | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Overtime @ 1.5 | | | 29.8800 | 8.67 | 259.06 | 8.67 | 259.06 |
| Regular Earnings | | | 19.9200 | 40.00 | 796.80 | 1512.00 | 35,046.52 |
| Floating Holiday Pay | | | | | | 27.00 | 584.50 |
| Sick Pay | | | | | | 48.00 | 1,039.23 |
| Short Term Disability Dollars | | | | | | | 4,656.96 |
| Vacation | | | | | | 160.00 | 3,784.64 |
| Store Bonus Program | | | | | | | 350.00 |
| Retail Management Bonus | | | | | | | 4,767.21 |
| Total: | | | | | 1,055.86 | | 50,488.12 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 79.03 | 5,295.66 |
| Fed MED/EE | 13.70 | 706.32 |
| Fed OASDI/EE | 58.60 | 3,020.14 |
| NY Withholdng | 39.63 | 2,325.16 |
| NY New York Withholdng | 26.05 | 1,381.78 |
| Total: | 217.01 | 12,729.06 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BCBS PPO Plus | 97.22 | 194.44 |
| Delta Dental PPO | 10.62 | 80.81 |
| EyeMed Vision Care - Option 2 | 2.84 | 31.24 |
| Staples' 401(k) Savings Plan | 63.35 | 2,713.17 |
| Blue Cross Blue Shield | | 1,415.61 |
| Delta Dental Indemnity | | 54.08 |
| Total: | 174.03 | 4,489.35 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability | 8.84 | 209.61 |
| VOLBEN | 6.06 | 106.45 |
| ESPP SPLS1 | | 960.52 |
| Total: | 14.90 | 1,276.58 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,055.86 | 881.83 | 217.01 | 188.93 | 649.92 |
| YTD: | 50,488.12 | 45,998.77 | 12,729.06 | 5,765.93 | 31,993.13 |

Review your state & local taxes on this check stub for accuracy. Call HR Services if it is wrong.

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| | Check #16970325 | $649.92 |
| | Total: | $649.92 |